# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JERICHO SYSTEMS CORPORATION,<br><br>　　　　　　　Defendant. | Civil Action No. 1:12-cv-1449-SLR<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

The plaintiff ORG Structure Innovations, LLC, and defendant Jericho Systems Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims in this action are dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees. A stipulated dismissal with prejudice is anticipated to be filed on or before November 30, 2013.

FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin (#4241)
1220 Market Street, Suite 850
Wilmington, DE 19801
(302) 300-4626
tdevlin@farneydaniels.com

Melissa V. Melton
800 South Austin Avenue, Ste. 200
Georgetown, Texas 78626
(512) 582-2828
mmelton@farneydaniels.com

*Attorneys for ORG Structure Innovations, LLC*

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

D. Scott Hemingway
Hemingway & Hansen, LLP
1700 Pacific Ave., Suite 4800
Dallas, TX 75201
(214) 292-8300
shemingway@hh-iplaw.com

*Attorneys for Jericho Systems Corporation*

July 12, 2013

SO ORDERED, this _____ day of _____, 2013.

The Honorable Sue L. Robinson

2